No. 806.   ROYAL INSURANCE CO. *v.* SMITH.   March 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Percy V. Long* for petitioner.   *Messrs. A. B. Bianchi* and *James M. Hanley* for respondent.

No. 809.   McGOLDRICK, COMPTROLLER, *v.* NATIONAL CASH REGISTER CO.; and

No. 810.   SAME *v.* WEST PUBLISHING CO.   March 28, 1938.   Petitions for writs of certiorari to the Supreme Court of New York denied.   *Messrs. Wm. C. Chanler, Oscar S. Cox, Paxton Blair,* and *Meyer Bernstein* for petitioner.   *Mr. Philip A. Carroll* for respondent in No. 809. *Messrs. Chester Bordeau* and *Francis L. Casey* for respondent in No. 810.   Reported below: No. 809, 267 N. Y. 208; 252 App. Div. 90; 11 N. E. 2d 881; 297 N. Y. S. 169; No. 810, 276 N. Y. 535; 251 App. Div. 883; 12 N. E. 2d 565; 297 N. Y. S. 174.

Nos. 812 and 813.   MERCANTILE-COMMERCE BANK & TRUST CO. ET AL. *v.* DEPARTMENT OF FINANCIAL INSTITUTIONS OF INDIANA ET AL.   March 28, 1938.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Truman Post Young* for petitioners.   *Mr. Isador Kahn* for respondents.

No. 816.   TERMINAL RAILROAD ASSN. *v.* MRAZEK. March 28, 1938.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   *Messrs. Thomas M. Pierce, Joseph L. Howell,* and *Walter N. Davis* for petitioner.   *Messrs. Harry S. Rooks* and *Oscar Habenicht* for respondent.